# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY GREENBAUM, individually and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KC JEWELRY, INC., et al.<br><br>    Defendants. | Case No. 16-CV-06845-SVW-JPR<br><br>Judge: Hon. Stephen V. Wilson<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br><br>**JS-6** |

The Court, having read and considered the Joint Stipulation For Dismissal Of Action Pursuant To F.R.C.P. 41(a)(1)(a)(ii) orders as follows:

DISMISSAL OF ENTIRE ACTION AS TO PLAINTIFF SYDNEY GREENBAUM IS GRANTED WITH PREJUDICE.

DISMISSAL OF THE ENTIRE ACTION AS TO THE UNCERTIFIED PUTATIVE CLASS IS GRANTED WITHOUT PREJUDICE.

Dated: June 8, 2017

_____
The Hon. Stephen V. Wilson
United States District Court Judge

---

ORDER GRANTING DISMISSAL OF ACTION